UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN MINOR, on behalf of himself, all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHALLS OF CA, LLC,<br><br>    Defendant. | Case No. 4:21-cv-04492-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION UNDER FED. R. CIV. P. 41**<br><br>Judge:    Hon. Jon S. Tigar<br><br>Complaint Filed: June 10, 2021 |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION UNDER FED. R. CIV. P. 41    1    CASE NO. 4:21-CV-04492-JST

Having considered the Parties' Joint Stipulation of Dismissal of Entire Action Under Fed. R. Civ. P. 41, the Court Rules as follows:

The Joint Stipulation of Dismissal of Entire Action is GRANTED. The entire action is dismissed with prejudice to Plaintiff's individual claims, without prejudice to the claims of putative class members and without prejudice to the PAGA claim, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear their own costs and attorneys' fees.

Dated: June 7, 2022

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

4887-2242-6916.1 / 053070-1330

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION UNDER FED. R. CIV. P. 41       2       CASE NO. 4:21-CV-04492-JST

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.310
310.553.0308